IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO. 07-00221-KD-M |
| | ) |
| ALEX OMAR BARAHONA | ) |
| | ) |

**ORDER**

This matter is before the court on the Magistrate Judge's Report and Recommendation regarding the defendant's motion to dismiss (Doc. 32), defendant's motion to withdraw his motion to dismiss (Doc. 33), and defendant's notice of intent to plead guilty and unopposed motion to expedite sentencing hearing (Doc. 34).  Upon due consideration, the defendant's motion to withdraw the pending motion to dismiss (doc. 33) is hereby DENIED.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 31, 2007 is ADOPTED as the opinion of this court. Therefore, defendant's motion to dismiss (doc. 14) is hereby DENIED.

A change of plea hearing is hereby SCHEDULED for **Thursday, November 29, 2007 at 10:30 a.m.**, to be held in Courtroom 5A of the United States District Court, 113 St. Joseph Street, Mobile, Alabama. The United States Marshal is hereby ORDERED to have the defendant present for said hearing.

The defendant's unopposed motion for expedited sentencing (doc. 34) is hereby GRANTED.   Sentencing will be held on **Thursday, November 29, 2007 at 10:30 a.m,** *if the*

*following occur:* (1) defendant waives his right to a presentence investigation *and* (2) defendant's criminal history category is determined to be a Category I.

DONE and ORDERED this 27th day of November, 2007.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**